# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

3:25-mj-71097 MAG

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Anthony Domino | **Docket Number:** | 0972 2:24CR00250-001 |

**Name of Judicial Officer**:   Chief United Staes District Judge Troy L. Nunley

**Date of Original Sentence:**   4/22/2016

**Original Offense:** Count 2: 18 U.S.C. § 1951(a) - Robbery Affecting Commerce (Class C Felony) and Count 3: 18 U.S.C. § 924(c)(1)(A) - Firearm in Furtherance of a Crime of Violence (Class A Felony)

**Original Sentence:** 36 months custody as to Count 2, and 84 months custody as to Count 3, to be served consecutively, for a total term of 120 months custody; 3 years Supervised Release as to both Counts, to be served concurrently. Mandatory Drug Testing; DNA Collection; $200 Special Assessment; $507,207.53 Restitution.

**Special Conditions:**

1. Drug Testing/Treatment
2. Mental Health Treatment
3. Search
4. Educational/Vocational Program
5. No Contact Co-Defendants
6. No Victims
7. Life Skills Program

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   2/24/2025

**Other Court Actions:**

**08/23/2024:**   Petition for Warrant filed in the District of Colorado.

RE: **Anthony Domino**  **Docket Number: 0972 2:24CR00250-001**

| | |
|---|---|
| **08/27/2024:** | Transfer of Jurisdiction initiated from the District of Colorado to Eastern District of California. |
| **09/25/2024:** | Initial Appearance and detention hearing before United Staets Magistrate Judge Chi Soo Kim and the Court ordered the defendant detained. |
| **10/24/2024:** | Admit/Deny Hearing the defendant admitted to Charge 1 of the violation petition. |
| **11/14/2024:** | <u>Revocation Sentence</u>: Six months imprisonmnet followed by 24 months of supervised release. Special conditions: Search; drug/alcohol treatment; drug/alcohol testing; mental health treatment; no victim contact; cognitive behavioral treatment; no co-payment |
| **07/21/2025:** | Prob 12A filed infoming the Court that Mr. Domino tested positive for cocaine. The Court approved the probation officer's plan, and ordered no further action be taken. |

---

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

☐ **TO ISSUE A SUMMONS**

☐ **OTHER:**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**<u>Charge Number</u>**   **<u>Nature of Violation</u>**

**<u>Charge 1:</u>**   **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On July 31, 2025, Anthony Domino submitted a urinalysis which returned positive for amphetamines and cocaine. This is in violation of the Mandatory Condition, *"You must refrain from any unlawful use of controlled substance."*

RE: **Anthony Domino**  **Docket Number:** 0972 2:24CR00250-001

**Charge 2:** **FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED**

On June 19, 2025, and July 31, 2025, Anthony Domino failed to attend his Cognitive Behavioral Group (CBT) sessions as directed. This is in violation of the Special Condition Number 6, which states in part, *"You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program."*

**Justification:** Domino's second term of supervised released commenced on February 25, 2025. He obtained employment in May 2025 with an electrical contracting company in San Francisco. Mr. Domino resided with his family in Rio Vista.

On June 19, 2025, and July 31, 2025, Mr. Domino failed to attend his Cognitive Behavioral Group (CBT) sessions as directed. His counselor reported he was a "no call/no show".

Mr. Domino submitted a positive urinalysis for cocaine on June 26, 2025, and denied use of a controlled substance. The Court was previously informed of this positive test result and requested that no action be taken. This positive test result was addressed with his counselor during their treatment session and the consequences if he continues to test positive for any illicit drugs. As a result, Mr. Domino's drug testing frequency was increased at that time. However, on August 6, 2025, I received a urinalysis test result from our regional drug testing laboratories that Mr. Domino submitted a positive drug test for amphetamines and cocaine on July 31, 2025.

**Detention:** Mr. Domino has a criminal history consisting of firearms and drug possession and represents a danger to the community as he continues to use controlled substances. His previous violation conduct involved Mr. Domino's possessing a firearm. It is respectfully requested a warrant for his arrest be issued and he be detained pending all violation proceedings.

RE: **Anthony Domino**　　　　　　　　　　　**Docket Number:** 0972 2:24CR00250-001

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**　**August 18, 2025**
　　　　　　　　　**Sacramento, California**

Respectfully submitted,

**Paul Mamaril**
**Senior United States Probation Officer**
Telephone:

**DATED:**　8/18/2025

Reviewed by,

**Lisa Hage**
**Supervising United States Probation Officer**

| | |
|---|---|
| RE: **Anthony Domino** | **Docket Number:** 0972 2:24CR00250-001 |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

**DATED: August 18, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Charles Campbell

United States Marshal Service

RE: **Anthony Domino**  **Docket Number:** 0972 2:24CR00250-001

# STATEMENT OF EVIDENCE OF ALLEGED

# SUPERVISED RELEASE VIOLATIONS

Honorable Troy L. Nunley
Chief United States District Judge
Sacramento, California

RE:   Domino, Anthony
**Docket Number:** 0972 2:24CR00250

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**   **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

  a. **Evidence:**

   i. Test result from regional drug testing laboratory

  b. **Witnesses:**

   i. Senior United States Probation Officer Paul Mamaril

**Charge 2:**   **FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED**

  a. **Evidence:**

   i. Barrie Lamonte no call/no show report

  b. **Witnesses:**

   i. Cognitive Behavioral Treatment Counselor Valerie Peterson

| | |
|---|---|
| RE: **Anthony Domino** | **Docket Number:** 0972 2:24CR00250-001 |

Respectfully submitted,

**Paul Mamaril**
**Senior United States Probation Officer**
Telephone: (916) 878-7671

**DATED:** 8/18/2025
Sacramento, California

Reviewed by,

**Lisa Hage**
**Supervising United States Probation Officer**

RE: **Anthony Domino**  **Docket Number: 0972 2:24CR00250-001**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Anthony Domino     **Docket Number:** 0972 2:24CR00250

**Date of Original Offense:** 04/22/2016

**Original term of supervised release imposed:** 3 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** II

**Original guideline range:** 57 **to** 71 **months.**

**Chapter 7 range of imprisonment:** 4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

☒     **Class A felony - 5 years**

**Violation requires mandatory revocation:  YES:** ☐   **NO:** ☒

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**   Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

Page **8** of **8**     PROB 12C (Rev. 06/21)